U.S.

v.

Tanner J. FORRESTER

No. 17-0049/MC

U.S. Court of Appeals for
the Armed Forces.

August 1, 2017

CCA 201500295

DAILY JOURNAL

Notice—In Re October 2017 Term of Court

Article 142 of the Uniform Code of Military Justice, (UCMJ), 10 U.S.C. § 942 (2012), authorizes the appointment of five judges to serve on the Court. One of the positions is vacant. Unless the Court issues a notice that a senior judge or an Article III judge will perform judicial duties, the four judges in active service will perform the functions of the Court. See Articles 142 and 144, UCMJ, 10 U.S.C. §§ 942 and 944, and U.S.C.A.A.F. Rule 6(a).

NOTICES

In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Charles E. Erdmann to perform judicial duties in the above-referenced case, and that Senior Judge Erdmann has consented to perform judicial duties in said case under Article 142(e)(*l*)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(*l*)(A)(ii) (2012).

U.S.

v.

Jared D. HERRMANN

No. 16-0599/AR

U.S. Court of Appeals for
the Armed Forces.

August 1, 2017

CCA 20131064

DAILY JOURNAL

Mandates Issued

U.S.

v.

Edward J. MITCHELL II

No. 17-0153/AR

U.S. Court of Appeals for
the Armed Forces.

August 1, 2017

CCA 20150776

DAILY JOURNAL

Notice—In Re October 2017 Term of Court

Article 142 of the Uniform Code of Military Justice, (UCMJ), 10 U.S.C. § 942 (2012), authorizes the appointment of five judges to serve on the Court. One of the positions is vacant. Unless the Court issues a notice that a senior judge or an Article III judge will perform judicial duties, the four judges in active service will perform the functions of the Court. See Articles 142 and 144, UCMJ, 10 U.S.C. §§ 942 and 944, and U.S.C.A.A.F. Rule 6(a).

## NOTICES

In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Charles E. Erdmann to perform judicial duties in the above-referenced case, and that Senior Judge Erdmann has consented to perform judicial duties in said case under Article 142(e)(*l*)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(*l*)(A)(ii) (2012).

## U.S.

v.

### Jeff A. GODFREY

### No. 17-0538/AR

U.S. Court of Appeals for the Armed Forces.

August 2, 2017

CCA 20150400

## DAILY JOURNAL

Petitions for Grant of Review Filed

## U.S.

v.

### Koda M. HARPOLE

### No. 17-0171/CG

U.S. Court of Appeals for the Armed Forces.

August 3, 2017

CCA 1420

## DAILY JOURNAL

Interlocutory Orders

On consideration of Appellee's motion for leave to file a corrected joint appendix, said motion is granted.

## U.S.

v.

### Robert L. HONEA III

### No. 17-0347/AF

U.S. Court of Appeals for the Armed Forces.

August 3, 2017

CCA 38905

## DAILY JOURNAL

Interlocutory Orders

On consideration of Appellant's consent motion to unseal Appellant's brief and volume 2 of the joint appendix, said motion is granted.